IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD LAVAR KING, #270 846, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:20-CV-1064-WKW [WO] |
| JEFFERSON S. DUNN and D. JACKSON, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On December 9, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 31.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 31) is ADOPTED; and

(2) Plaintiff's action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 30th day of December, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE